# EXHIBIT A

**Defendant:** American Freight, LLC
**Creditor ID:** AF041
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| American Freight, LLC | 303826 | $4,280.00 | 10/9/2024 | 24-000-12 | 6/18/2024 | $4,280.00 |
| | 303826 | $65,463.00 | 10/9/2024 | 24-002-01 | 8/19/2024 | $65,463.00 |
| **Total Transfers** | **2** | **$69,743.00** | | | | **$69,743.00** |